SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
BRENNA BUSH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Brenna.Bush@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIO PENA-GARCIA,<br><br>Defendant. | Case No. 2:25-cr-00097-APG-EJY<br><br>**Stipulation for a Protective Order** |

      The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the defendant, JULIO PENA-GARCIA, the public, or any third party not directly related to this case, any and all unredacted discovery (the "Protected Material") in this case. The parties state as follows:

      1.      On April 16, 2025, a grand jury returned an indictment charging JULIO PENA-GARCIA (PENA) with one count of Conspiracy to Distribute a Controlled Substance (Heroin, Methamphetamine & Fentanyl) in violation of Title 21, United States Code, Sections 846 and 841(a)(1), 841 (b)(1)(A)(vi), 841(b)(1)(B)(viii) and 841(b)(1)(C); counts for Distribution of a Controlled Substances (Fentanyl) in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi); one (1) count for Distribution of a Controlled Substance (Heroin) in violation of 21 U.S.C.

1  §§ 841(a)(1) and (b)(1)(C); and one (1) count for Distribution of a Controlled Substance
2  (Methamphetamine) – 21 U.S.C. §§ 841(a)(1) and (b)(1)(viii).  ECF No. 24.
3        2.      The trial date is currently set for June 16, 2025.
4        3.      The government's discovery documents the work of an undercover Homeland
5  Security Investigations (HSI) officer in addition to personal identifying information (PII) of
6  charged and uncharged co-defendants and known and unknown civilians.  Portions of the
7  unredacted discovery would likely enable others to identify the undercover law enforcement
8  official and have PII of civilians related to the investigation.  The government believes that
9  dissemination of the unredacted discovery ("the Protected Material") in its entirety could reveal
10 the identity of the undercover law enforcement official, which could potentially subject him to
11 retribution and frustrate undercover investigations in the future.
12       4.      In order to prevent dissemination of the Protected Material, the parties intend to
13 restrict access to the Protected Material in this case to the following individuals: attorneys for
14 all parties, and any personnel that the attorneys for all parties consider necessary to assist in
15 performing the attorneys' duties in the prosecution or defense of this case, including
16 investigators, paralegals, experts, support staff, interpreters, and any other individuals
17 specifically authorized by the Court (collectively, the "Covered Individuals").
18       5.      Without leave of Court, the Covered Individuals shall not:
19       a.      make copies for, or allow copies of any kind to be made by any other
20 person of the Protected Material in this case or permit dissemination of the Protected Material
21 at the Southern Nevada Detention Center jail facility, or any other detention facility where the
22 Defendant is housed, to include leaving a copy of the Protected Material at any detention
23 facility where the Defendant is housed;
24

        b.    allow any other person to watch, listen, or otherwise review the Protected Material;

        c.    use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the indictment or any superseding indictment arising out of this case; or

        d.    attach the Protected Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

6.    Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Material as evidence at trial or support in motion practice. If the defendant proceeds to trial or any evidentiary hearing, the parties will confer to determine whether the terms of this stipulation should be revisited.

///

///

///

///

///

///

///

///

///

///

///

///

///

7. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

8. The defendant hereby stipulates to this protective order.

DATED this May 6, 2025.

Respectfully submitted,

For the United States:

SIGAL CHATTAH
United States Attorney

/s/ *Brenna Bush*
BRENNA BUSH
Assistant United States Attorney

For the Defense:

RENE L. VALLADARES
Federal Public Defender

/s/ *Joanne Diamond*
Joanne Diamond
Assistant Federal Public Defender and
Attorneys for JULIO PENA-GARCIA

**IT IS SO ORDERED:**

_____          May 7, 2025
HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge                  Date

4